UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aracelis Febo,

    Plaintiff,

—v—

Jermaine J. James and Bozzuto's Inc.,

    Defendants.

19-cv-3159 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Case Management Plan and Scheduling Order entered in this case, the parties were to submit a letter by December 4, 2019, indicating whether they sought referral to the Southern District's Mediation Program or to a Magistrate Judge for a settlement conference. *See* Dkt. No. 15. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before December 15, 2019.

SO ORDERED.

Dated: December __, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge