```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARACELIS FEBO,                              :

                                            :     ORDER
                Plaintiff,                        19 Civ. 3159 (AJN) (GWG)
                                            :
    -v.-
                                            :
JERMAINE J. JAMES, et al.,
                                            :

                Defendants.                 :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The settlement conference scheduled for Friday March 27, 2020, at 2:30 p.m. is changed to a <u>telephone</u> conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

    The submissions required by Docket # 21 remain due on March 23, 2020.

    SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                  /s/
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge